JUSTIN X. WANG (CSB #166183)
**BAUGHMAN & WANG**
111 Pine Street, Suite 1350
San Francisco, California 94111
Telephone: (415) 576-9923
Facsimile: (415) 576-9929

ORIGINAL
FILED

OCT 15 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Attorney for Plaintiffs
Mark J. JEROLIMOV
and Ming Yue XIAN

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

**JW**

Mark J. JEROLIMOV,
and Ming Yue XIAN

**C 07 5255**

Case No.:

Plaintiffs

**COMPLAINT FOR WRIT IN THE NATURE OF MANDAMUS**

vs.

MICHAEL CHERTOFF, Secretary of the
Department of Homeland Security;
ROBERT S. MUELLER, Director of Federal
Bureau of Investigation

Defendants.

"Immigration Case"

Plaintiffs Mark J. JEROLIMOV and Ming Yue XIAN, by and through their undersigned attorney, sue Defendants and states as follows:

1.      This action is brought against the Defendants to compel action on the Petition for Alien Relative, or Form I-130, filed by Plaintiff Mark J. JEROLIMOV, U.S. citizen, on behalf of his alien wife, Plaintiff Ming Yue XIAN, and on the application to Adjust to Permanent Resident Status, or Form I-485, by Plaintiff Ming Yue XIAN, based on Plaintiff Ming Yue XIAN's marriage to Plaintiff Mark J. JEROLIMOV, properly filed by the Plaintiffs. The I-130 petition and I-485 application remain within the jurisdiction of the Defendants, who have improperly withheld action on said applications to Plaintiffs' detriments.

### PARTIES

2.      Plaintiff Mark J. JEROLIMOV, citizen of the United States, filed a Form I-130, Petition for Alien Relative, on November 8, 2004 with the U.S.C.I.S. San Jose Office on behalf of Plaintiff

1  Ming Yue XIAN, his wife (**Exhibit 1: Receipt**).  Plaintiff Ming Yue XIAN is a native and citizen

2  of the People's Republic of China.  Her Form I-485, Application to Register Permanent Resident

3  or Adjust Status was concurrently filed with her husband's Form I-130, also on November 8, 2004

4  (**Exhibit 1: Receipt**) and is seeking to become lawful permanent resident of the United States as

5  beneficiary of the Form I-130 petition filed by Plaintiff Mark J. JEROLIMOV.

6  3.      Defendant Michael Chertoff is the Secretary of the Department of Homeland Security

7  (DHS), and this action is brought against him in his official capacity.  He is generally charged

8  with enforcement of the Immigration and Nationality Act, and is further authorized to delegate

9  such powers and authority to subordinate employees of the DHS  8 U.S.C. 1103(a); 8 C.F.R.  2.1.

10  4.      Defendant Robert S. Mueller, III, is Director of the Federal Bureau of Investigations (FBI),

11  the law enforcement agency that conducts security clearances for other U.S. government agencies,

12  such as the Department of State.  As will be shown, Defendant has failed to complete the security

13  clearances on Plaintiff's case.

14                                    **JURISDICTION**

15  5.      Jurisdiction in this case is proper under 28 USC §§1331 and 1361, 5 USC §701 *et seq.*,

16  and 28 USC §2201 *et seq.*  Relief is requested pursuant to said statutes.

17                                       **VENUE**

18  6.      Venue is proper in this court, pursuant to 28 USC §1391(e), in that this is an action

19  against officers and agencies of the United States in their official capacities, brought in the

20  District where the Plaintiffs reside if no real property is involved in the action.

21                              **EXHAUSTION OF REMEDIES**

22  7.      Plaintiffs have exhausted their administrative remedies.

23                                  **CAUSE OF ACTION**

24  8.      Plaintiff Mark J. JEROLIMOV is a citizen of the United States.  He filed a Form I-130,

25  Petition for Alien Relative, on behalf of Plaintiff Ming Yue XIAN, his wife with the USCIS San

26  Jose Office on November 8, 2004 (**Exhibit 1: Receipt**).  Plaintiff Ming Yue XIAN is a native and

27  citizen of the People's Republic of China. Her Form I-485, Application to Register Permanent

28  Resident or Adjust Status, was concurrently filed with her husband's Form I-130, also on

1   November 8, 2004 (**Exhibit 1: Receipt**).  Plaintiffs Mark J. JEROLIMOV and Ming Yue XIAN

2   had their interview on April 19, 2005 at the San Jose Office and was informed on the date of the

3   interview that their case was pending background check (**Exhibit 2: Notice**).

4   9.       According to the Service Center processing dates, the USCIS San Jose Office's processing

5   time frame for I-485 adjustment application is six months (**Exhibit 3: Copy of San Jose CA**

6   **Processing Dates Posted on September 15, 2007**).  Plaintiff Mark J. JEROLIMOV's I-130 and

7   Plaintiff Ming Yue XIAN's I-485 application have now remained pending for almost 36 months

8   from the date of the filing.

9   10.      Defendants' refusal to act in this case is, as a matter of law, arbitrary and not in accordance

10  with the law.  Defendants unreasonably have delayed in and have refused to adjudicate Plaintiff's

11  I-485 application for almost 36 months from the date of filing, thereby depriving them of the

12  rights to the decision on their applications and the peace of mind to which Plaintiffs are entitled.

13  11.      Plaintiffs have been damaged by the failure of Defendants to act in accord with their duties

14  under the law.

15           (a)      Plaintiff Mark J. JEROLIMOV has been damaged by simply being deprived of the

16                    adjudication of his Form I-130, Petition for Alien Relative, for almost 36 months.

17           (b)      Plaintiff Ming Yue XIAN  has been damaged by simply being deprived of the

18                    adjudication of her Application to Adjust to Permanent Resident Status for almost

19                    36 months. Plaintiff has also been unable to plan any foreign travel or pursue a

20                    future course of action in the United States due to the pendency of her I-485

21                    application.

22           (c)      Plaintiff Ming Yue XIAN has been damaged in that her employment authorization

23                    is tied to her status as applicant for permanent residency, and is limited to

24                    increments not to exceed one year. 8 CFR §274a.12(c)(9). Therefore, Plaintiff has

25                    been forced to apply and pay for extensions of employment authorization to the

26                    continued inconvenience and harassment of Plaintiff to continually insure her work

27                    eligibility.

28           (d)      Plaintiff Ming Yue XIAN has been further damaged in that her naturalization

1  application, for which she is eligible to apply three years after she receives her

2  Permanent Resident status, has now been delayed due to the pendency of her I-485

3  application.

4  12.    The Defendants, in violation of the Administrative Procedures Act and Mandamus Act, 5

5  USC §701 *et seq.*, are unlawfully withholding or unreasonably delaying action on Plaintiffs' I-485

6  applications and have failed to carry out the adjudicative functions delegated to them by law with

7  regard to Plaintiffs' cases.

8                                    **PRAYER**

9  13.    WHEREFORE, in view of the arguments and authority noted herein, Plaintiffs

10  respectfully pray that the Defendants be cited to appear herein and that, upon due consideration,

11  the Court enter an order:

12      (a)  requiring Defendants to expeditiously complete Plaintiff Ming Yue XIAN's FBI

13  Security Check for her I-485 application, if security check is the only reason for the delay;

14      (b)  requiring Defendants to expeditiously process Plaintiff's I-485 Application to

15  conclusion;

16      (c)    awarding Plaintiffs reasonable attorney's fees under the Equal Access to Justice Act;
   and

17      (d)  granting such other relief at law and in equity as justice may require.

18

19  Dated:    October 11, 2007                      Respectfully submitted,

20

21

22                                    Justin X. WANG, Esq.
                                      Attorney for Plaintiff

23

24

25

26

27

28

## CERTIFICATION OF INTERESTED ENTITIES OR PERSON

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated:        October 11, 2007                    Respectfully submitted,


_____
Justin X. WANG, Esq.
Attorney for Plaintiff

1

## LIST OF ATTACHMENTS

2

3

| Exhibit | Description |
|---------|-------------|
| 1 | Receipt |
| 2 | Notice issued by the USCIS San Jose Office |
| 3 | Copy of San Jose CA Processing Dates Posted on September 15, 2007 |

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Ex. 1



SEC 245

U.S. Citizenship
and Immigration
Services

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
1887 Monterey Rd.
San Jose, CA 95112

```
           USDHS
         SAN JOSE
      RETAIN THIS RECEIPT

      10:38AM    Nov  8/04
      00-0000 002    SNJ-EL
      #76054
```

```
        USDHS
      SAN JOSE
  RETAIN THIS RECEIPT
```

```
  3:48PM -   Feb 28/06     A #              98405839
  00-0000 001    SNJ-MD     Last Name          XIAN
  #42840                    First Name     MING YUE
```

```
  A #           98405839    I-485         $315.00
  Last Name        XIAN     FP-Fee/FD258 $70.00
  First Name   MING YUE     I-130 SPOUSE$185.00
                            I-765         $175.00
  I-131      $170.00        I-131         $165.00
```

```
  Check      $170.00        XTTL          $910.00
                            Check         $315.00
  XOfficialX                Check         $185.00
  XDocumentX                Check         $175.00
                            Check         $165.00
                            Check          $70.00
```

```
                            XOfficialX
                            XDocumentX
```

U.S. OFFICIAL MAIL

PENALTY FOR PRIVATE USE $300

Ex. 2

? Application Receipt Number —



## U.S. DEPARTMENT OF HOMELAND SECURITY
*U.S. Citizenship and Immigration Services*
*1887 Monterey Road*
*San Jose, CA. 95112*

## ADJUSTMENT OF STATUS NOTICE

Date: **APR 1 9 2005**
Alien Registration #: 98 405 839

Riding With:

Dear Applicant: Ming Yue Xue Xian,

Your application for permanent resident status is pending for the reason(s) checked below:

---

INQUIRIES WILL NOT BE ACCEPTED UNTIL 120 DAYS AFTER YOUR INTERVIEW. No response will be given
if submitted prior to the 120 days. · Inquiries may be submitted in one of the following manners:

WALK-IN OR DROP OFF INQUIRY:            OR        MAIL
INFORMATION UNIT LOBBY                           U.S. Citizenship and Immigration Services
1887 Monterey Road, San Jose, CA                 ATTN: AOS INQUIRIES
SERVICE HOURS: Mon., Tues., Wed. and Fri. - 7:00 AM – 3:00 PM      1887 Monterey Road
Thurs. – 7:00 AM – 12:00 NOON                    San Jose, CA 95112

NOTE: Please bring this notice with you if you come to the office. Please include a copy of this notice with any correspondence.

---

☒ A required background check has been initiated; however, a response is still pending for
☒ you ☐ your spouse ☐ your child(ren):_____

☐ According to this month's visa bulletin, a visa number is not currently available for you. It is recommended that
you call the State Department's Visa Bulletin telephone number, (202) 663-1541, on a monthly basis to determine
when a visa number will become available. Your category is:_____ Country of
Chargeability:_____ Priority Date_____. *When a visa number is available, you should
MAIL a copy of this notice to:*

*USCIS, Attention: Priority Date, 1887 Monterey Road, San Jose, CA 95112.*

☐ The Service has determined that there is another immigration file that must be obtained and reviewed before your
case can be completed.

☐ You will be advised of the time and date of a second interview. *If you have not heard anything from us within* six
months *from the above date, you may inquire concerning your case in Room 200, Window 1.*

☐ An additional review of your case is required before a determination can be made as to your eligibility.

☐ Asylum Adjustment visa numbers are **NOT** available until October 1st of each year. If you have not heard
anything by **December 1st** of that year, mail a copy of this notice to:

*USCIS, Attention: Priority Date, 1887 Monterey Road, San Jose, CA 95112.*

☐ Please follow the instructions on attached Form I-72. You must submit all requested documents within 90 days.
Additional time may not be granted (see 8 CFR 103.2(b)(8)). (Submit copies of all requested original documents)

☐ Attorney Notified.

Ex-3



noneHome   Contact Us   Site Map   FAQ

Search                           
Advanced Search

Services & Benefits    Immigration Forms    Laws & Regulations    About USCIS    Education & Resource    Press Room

[ Print This Page ]   [ Back ]

## U.S. Citizenship and Immigration Services
## San Jose CA Processing Dates
## Posted September 15, 2007

**Notice**:  U.S. Citizenship and Immigration Services (USCIS) has improved the reporting procedure for processing times of immigration benefit applications.  In the past, USCIS benefit processing reports indicated the specific type of applications or petitions that were being processed and the date the cases were received.  However, the date the case was received did not provide a clear indication of when USCIS expected to complete the case, nor did it provide a clear indication of USCIS' commitment to process cases within a certain cycle time.  It also did not align with the processing times and cycle times the agency reports in other contexts.

This improved reporting procedure is an effort to give our customers more accurate information that better reflects current processing time and USCIS service level commitments. Effective immediately, when we are completing applications and petitions within our service level goals we will report the USCIS service level commitment. For example, when our service level goal is to process a particular kind of case within six months, and if our processing time is six months or less, we will show "6 months".

When we are not meeting our service level goal, the date posted will reflect the filing date of cases that are being completed.  It should be noted that while in some instances reported processing dates may appear to have regressed due to this change, they do not reflect a lengthening of USCIS processing times, but simply the change in reporting.  Our goal is to provide accurate projections and thus give customers clear expectations as to what they can expect as a processing time.

**There are several important exceptions to the processing times shown below:**

- Case processing will be delayed if we must ask you for more evidence or information.
  If we ask for missing required initial evidence, count the processing time from when we receive that missing evidence.
- The case processing timeframe will start over if a customer doesn't appear for an interview or asks that it be rescheduled.

**What if I have a problem or have questions about a case?**

We offer a variety of services after you file.  For example, for most kinds of cases you can check the status of your case online.

For more information about when and how to contact us, whether your case is outside our processing time or if there are other issues, please see our fact sheet –

Case Services - How do I... know what kind of services are available to me after I file my application or petition?

One additional point about these projections. They are the time to complete processing and mail the actual notice and/or document. If you check case status online and see that your case has been approved, and you haven't yet received your approval notice or document in the mail, we ask that you wait thirty days from the approval date before contacting us. That is because it may take that long before it is returned to us as undeliverable. You can also print the case status online answer for your records.

District Office Processing Dates for **San Jose CA** Posted September 15, 2007

| Form | Form Name | Processing Timeframe: |
|------|-----------|----------------------|
| I-131 | Application for Travel Documents | 3 Months |
| I-485 | Application to Register Permanent Residence or Adjust Status | 6 Months |
| I-600 | Petition to Classify Orphan as an Immediate Relative | 3 Months |
| I-600A | Application for Advance Processing of Orphan Petition | 3 Months |
| I-765 | Application for Employment Authorization | 11 Weeks |
| N-400 | Application for Naturalization | January 12, 2007 |
| N-600 | Application for Certification of Citizenship | March 18, 2007 |

[ Print This Page ]   [ Back ]

**10-11-2007 01:04 PM EDT**

Home   Contact Us   Privacy Policy   Website Policies   NoFEAR   Freedom Of Information Act   FirstGov

U.S. Department of Homeland Security