JUSTIN X. WANG (CSB #166183)
**BAUGHMAN & WANG**
111 Pine Street, Suite 1350
San Francisco, California 94111
Telephone: (415) 576-9923
Facsimile:  (415) 576-9929

Attorney for Plaintiffs
Mark J. JEROLIMOV
and Ming Yue XIAN

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mark J. JEROLIMOV and Ming Yue XIAN )<br><br>                    Plaintiffs )<br><br>vs. )<br><br>MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; )<br>ROBERT S. MUELLER, Director of Federal Bureau of Investigation )<br><br>                    Defendants. ) | Case No.: **C07-5255 JW**<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br><br><br><br><br><br>"Immigration Case" |

        NOTICE IS HEREBY GIVE that pursuant to Fed.R.Civ.Pro.41(a), plaintiff voluntarily dismisses the above-captioned action without prejudice.

Dated:    November 1, 2007                                    Respectfully submitted,


                                                        _____/s/_____
                                                        Justin X. WANG, Esq.
                                                        Attorney for Plaintiffs